UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY SCHRAUBEN,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

_____/

Case No. 1:24-cv-33

HON. JANE M. BECKERING

**ORDER**

    This is a civil action filed by a *pro se* litigant.  Defendant filed a Motion to Dismiss (ECF No. 9).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 15) on December 18, 2024, recommending that the motion be granted and the case be dismissed.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 15) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 9) is GRANTED for the reasons stated in the Report and Recommendation.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

    A Judgment will be entered consistent with this Order.

Dated: January 13, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge